# CERTIFICATE OF SERVICE

I, _____Mickail Linton_____, (name), certify that service of this summons and a
copy of the complaint was made _____11-24-10_____ (date) by:

☐  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:


☑  Personal Service: By leaving the process with defendant or with an officer or agent of
    defendant at:

    Nermine Hanna


☐  Residence Service: By leaving the process with the following adult at:


☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified
    mail addressed to the following officer of the defendant at:


☐  Publication: The defendant was served as follows: [Describe briefly]


☐  State Law: The defendant was served pursuant to the laws of the State of
    _____, as follows: [Describe briefly]


If service was made by personal service, by residence service, or pursuant to state law, I further certify that
I am, and at all times during the service of process was, not less than 18 years of age and not a party to
the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____11-24-10_____          Signature: _____Mickail Linton_____   Palm Beach Certified 15th Judicial 1242

| Print Name: | Mickale Linton. |
|---|---|
| Address: | 7117 ITHACS NEST TERRACE |
| City: W.P.B | State: FL    Zip: 33407. |

*Page 3 of 3*